Mr. Acosta,  COA Case No. 08-14-00166-CR   10-1-15

30 days granted to 11-8-15
10-6-15

CCA No. PD-1146-15

Your response, dated 9-25-15, it addresses obtaining transcripts from State Law Library. However, this is Not of relevance. As I stated 8-24-15 on my request for extension and on 9-21-15 as a notice to the Court — On 7-29-15 the Court Ordered Crane Co. to forward me a copy (see enclosed - please Return). Crane Co. has Not adhered to this Order, as of 10-1-15, preventing me from preparing my PDR.

This was a Court Order that is not being met by Crane Co. also, my written request are unanswered.

Respectfully,

Billy Stofan 1930361
2665 Prison Rd #1
Lovelady, Tx. 75851

FILED IN
COURT OF CRIMINAL APPEALS

OCT 06 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk



## COURT OF APPEALS
### EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | | |
|---|---|---|
| BILLY JOE STOFAN, | § | No. 08-14-00166-CR |
| Appellant, | § | Appeal from the |
| v. | § | 109th Judicial District Court |
| THE STATE OF TEXAS, | § | of Crane County, Texas |
| Appellee. | § | (TC# 1655) |
| | § | |

## O R D E R

Appellant requests review of the appellate record (to include the clerk's record, reporter's record, and any supplemental records) in Cause No. 08-14-00166-CR to prepare his petition for review to be filed in the Court of Criminal Appeals. We therefore ORDER the Clerk of the District Court of Crane County, Texas to forward a copy of the record to the prison senior warden, Steven Sperry, Texas Department of Criminal Justice, Charles T. Terrell Unit, 1300 FM 655, Rosharon, Texas 77583 for use by the Appellant in preparation of his petition for review under the supervision of designated custodian of records. We further ORDER that the record be returned to the Clerk of the District Court of Crane County, no later than **August 31, 2015**.

IT IS SO ORDERED THIS 29TH DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice